IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
_____

KANDIS PAOLONE

                           Plaintiff,

                                       Civil Action No. 1:12-CV-1333
vs.                                           (NAM/TWD)

WAL-MART STORES, INC.

                           Defendant.
_____

APPEARANCES:                         OF COUNSEL:

Halunen & Associates               Clayton D. Halunen, Esq.
1650 IDS Center                       Melissa Weiner Wolchansky, Esq.
80 South 8th Street                   Susan M. Coler, Esq.
Minneapolis, MN 55402
Attorney for Plaintiff

Reese, Richman Law Firm          Michael R. Reese, Esq.
875 Avenue of the Americas, 18th Floor
New York, NY 10001
Attorney for Plaintiff

Iseman, Cunningham Law Firm     Brian M. Culnan, Esq.
9 Thurlow Terrace
Albany, NY 12203
Attorney for Defendant

Foley, Larnder Law Firm            Charles R. Mandly, Jr., Esq.
321 North Clark Street              Craig Fochler, Esq.
Suite 2800                                Jaclyne D. Wallace, Esq.
Chicago, IL 60610
Attorney for Defendant

**Norman A. Mordue, U.S. District Judge**

JUDGMENT DISMISSING ACTION
<u>BASED UPON SETTLEMENT</u>

     Pursuant to a report of Plaintiff's counsel (Dkt. No. 58) , the parties have entered into an

agreement in settlement of all claims in this action.  Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

ORDERED, as follows:

1) The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty days of the date of the filing of this order upon a showing that the settlement was not consummated;

2) The dismissal of the above captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty days of the date of filing of this order upon a showing that the settlement was not consummated.  Upon completion of settlement, the parties are directed to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language **"<u>that no party hereto is an infant or incompetent</u>**" in compliance with N.D.N.Y.L.R. 41.3; and

3) The Clerk shall serve copies of this Judgment upon counsel in this matter by electronic means;

4) The motion to dismiss (Dkt. No. 31) is deemed moot.

IT IS SO ORDERED

Date:   June 18, 2013

Honorable Norman A. Mordue
U.S. District Judge