THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
(ALBANY DIVISION)

---

KANDIS PAOLONE, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

WAL-MART STORES, INC.

      Defendant.

Case No. 12-cv-1333 (NAM/TWD)

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED, AND AGREED**, by and between the undersigned attorneys of record for the parties in the above-captioned action, and with no party being an infant, incompetent or conservatee, that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action be, and the same is hereby dismissed on the merits with prejudice, without costs to any party as against any other. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED:  June 19, 2013

REESE RICHMAN LLP

_/s/ Michael R. Reese_

Michael R. Reese, Esq.
Bar Roll No. 517774
Attorneys for Plaintiff
Office and P.O. Address:
875 Avenue of the Americas, 18th Floor
New York, New York   10001
(212) 643-0500

DATED:  June 19, 2013

ISEMAN, CUNNINGHAM, RIESTER & HYDE, LLP

_/s/ Brian M. Culnan_

Brian M. Culnan, Esq.
Bar Roll No. 506300
Attorneys for Defendant
Office and P.O. Address:
9 Thurlow Terrace
Albany, New York   12203
(518)-462-3000

{00749882}